**Harrell E. BRANNAN, Petitioner/Respondent,**

v.

**Carol A. BRANNAN, Respondent/Appellant.**

No. 67367.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 17, 1995.

Roger M. Hibbits, St. Louis, for appellant.

David L. Campbell, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

### ORDER

PER CURIAM.

Wife appeals from the portion of the dissolution decree dividing marital property. We affirm. The judgment of the trial court is supported by substantial and competent evi-

dence; no error of law appears. Rule 84.16(b).